Driver's pro se petition for writ of error coram nobis was summarily denied without an evidentiary hearing. The petition contains an allegation, among others, that Driver was twice put in jeopardy for the same offense when he pled guilty in Circuit Court to the same charges upon which he had previously been adjudicated a juvenile delinquent. The petition is sworn and contains a recital of facts to support this allegation. SeeStephens v. State, 420 So.2d 826 (Ala.Cr.App. 1982). If the asserted matters are true the petitioner is entitled to relief. Alabama Code Section 12-15-66 (c) (1975); Breed v. Jones,421 U.S. 519, 95 S.Ct. 1779, 44 L.Ed.2d 346 (1975). Since the petition is meritorious on its face, the petitioner should have been afforded a hearing on the merits. Kennedy v. State,409 So.2d 1010 (Ala.Cr.App. 1982); Ellison v. State, 406 So.2d 439
(Ala.Cr.App. 1981); Henry v. State, 387 So.2d 328 (Ala.Cr.App. 1980).
This cause is remanded to the Circuit Court with directions that an evidentiary hearing be held at which defendant is present and represented by counsel.
REMANDED WITH DIRECTIONS.
All Judges concur.
 ON RETURN TO REMAND